# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

To: Warden
FCI Coleman (Low)
846 N.E. 54th Terr.
P.O. Box 1021
Coleman, FL 33521-1021

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **DARIUS McGEE**, now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have said **DARIUS McGEE** before the United States District Court, District of Connecticut, at the United States Courthouse, 915 Lafayette Boulevard, Courtroom No. 2, Bridgeport, Connecticut on **Monday, December 20, 2004 at 11:00 a.m.,** or from time to time thereafter as the case may be adjourned to, at which time to testify in the civil case of **Darius Durand McGee v. USA, Civil No. 3:03-cv-704 (JCH)**, and immediately after testimony has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, will return the said **DARIUS McGEE**, under safe and secure conduct.

WITNESS:   Honorable Janet C. Hall
United States District Judge at Bridgeport
this 10th day of November, 2004

KEVIN F. ROWE, CLERK
UNITED STATES DISTRICT COURT


By:___/s/ Cathy Boroskey
Deputy Clerk