UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :
                                               :
UNITED STATES OF AMERICA,      :     Criminal No.  3:01CR219(JCH)
                                               :     Civil No. 3:03CV704(JCH)
v.                                             :
                                               :
DARIUS McGEE                          :     March 22, 2005
                                               :
---------------------------------------------- :

### AMENDED PETITION FOR RELIEF
### PURSUANT TO 28 U.S.C. § 2255

Petitioner Darius McGee respectfully submits this, his Amended Petition for Relief pursuant to 28 U.S.C. § 2255.  Petitioner, by and through his counsel, respectfully alleges as follows:

1. On January 18, 2002, Petitioner entered a guilty plea to Count One of that certain indictment against him dated September 19, 2001.

2. On April 25, 2002, Petitioner was sentenced in connection with said plea.

3. Following the sentence, his counsel did not file an appeal on his behalf.

### GROUND ONE

Following the imposition of the sentence, Mr. McGee's counsel disregarded Petitioner's request that he file an appeal.  Counsel should have filed an appeal of the conviction.

Petitioner is, therefore, entitled to the relief sought.

## GROUND TWO

Petitioner's sentence was based upon the claim that he possessed crack cocaine, which provides for a greater jail sentence than does cocaine which is in the non-crack form. Petitioner advised his counsel that his offense did not involve crack cocaine.

Petitioner's sentence was calculated on the basis of 6.7 grams of crack cocaine, which produced a Sentencing Guideline level of 26. The Court should have begun at Offense Level 12, which is provided for in cases involving less than 25 grams of cocaine.

Petitioner's conviction was not appealed by his counsel, as is set forth in Ground One of this petition for relief. Petitioner is, therefore, entitled to the relief sought.

## GROUND THREE

Count One of said indictment charged that on June 6, 2001, Petitioner possessed with intent to distribute cocaine base. The quantity involved was 3 grams.

When Petitioner was sentenced, this honorable court accumulated quantities from other drug transactions allegedly occurring on other dates. The result is that instead of having his offense level calculated commencing with Level 22 for 3 grams, the court began with level 26 for 6.7 grams.

Petitioner's conviction was not appealed by his counsel, as is set forth in Ground One of this petition for relief. Petitioner is, therefore, entitled to the relief sought.

        Respectfully submitted,
        PETITIONER DARIUS McGEE


        By_____
        Robert J. Sullivan, Jr.
        LAW OFFICES OF ROBERT SULLIVAN
        190 Main Street
        Westport, Connecticut 06880
        Tel. No. 203/227-1404
        Federal Bar No. CT08969

–3–

## **CERTIFICATION**

      This is to certify that a copy hereof was mailed on March 22, 2005 to the following:

Darius McGee #14406-014  
Wyatt Detention Facility  
950 High Street  
Central Falls, RI 02863

James Joseph Finnerty, III  
U.S. Attorney's Office-BPT  
915 Lafayette Blvd. Room 309  
Bridgeport, CT 06604

                                                        Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969