**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**FILED**

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

2005 OCT 26  A 10: 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

10-3-05
~~May 18, 2005~~

Re: Case Name: USA v MCGEE
    Number: 3:01CR219 JCH

Dear Attorney: FINNERTY

As the above matter has been disposed of in this court, enclosed please find the exhibit(s).

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Kevin F. Rowe, Clerk

　　　　　　　　　　　　　　　　　　BY _Catherine Boroskey_
　　　　　　　　　　　　　　　　　　Catherine Boroskey
　　　　　　　　　　　　　　　　　　Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: 10/11/05