**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**FILED**

2005 OCT 11 P 12: 28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

10-3
~~May 18,~~ 2005

Re: Case Name: USA v MCGEE
    Number: 3:01CR219JCH

Dear Attorney: SULLIVAN

As the above matter has been disposed of in this court, enclosed please find the exhibit(s).

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _Catherine Boroskey_
Catherine Boroskey
Deputy Clerk

ACKNOWLEDGMENT: _[signature]_    DATE: 10/7/05