UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------- :
: 
UNITED STATES OF AMERICA,    :        No.  3:01CR219(JCH)
:
v.     :
:
DARIUS McGEE     :        February 10, 2006
:
------------------------------------------- :

## MOTION TO SUBMIT INTERIM CJA BILLINGS

Undersigned CJA counsel respectfully moves this court for an order permitting the submission of interim billings in the above matter. In support of said motion, undersigned counsel makes the following representations:

1. Undersigned counsel was appointed on December 3, 2004.

2. All work on this matter, which included client meetings, briefing and evidentiary hearings, has been completed.

3. The matter was submitted to the court on September 22, 2005.

4. As of this date, the court has not yet issued a ruling.

5. Counsel respectfully requests leave, therefore, to submit interim billings in connection with the matter.

        Respectfully submitted,
        DEFENDANT DARIUS McGEE


        By_____
        Robert J. Sullivan, Jr.
        LAW OFFICES OF ROBERT SULLIVAN
        190 Main Street
        Westport, Connecticut 06880
        Tel. No. 203/227-1404
        Federal Bar No. CT08969

**CERTIFICATION**

     This is to certify that a copy hereof was mailed on February 10, 2006 to the following:

James Joseph Finnerty, III
U.S. Attorney's Office-BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

                                                                _____
                                                                Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969