Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

District of __CONNECTICUT__

USA

v.

DARIUS McGEE

Docket No.: __3:01cr219 (JCH)__

__Janet C. Hall__
(District Court Judge)

Notice is hereby given that __DARIUS McGEE__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ XX ], other [ _____ ] _____
(specify)

entered in this action on __5/16/06__
(date)

Offense occurred after November 1, 1987   Yes [ XX ]   No [ ___ ]

This appeal concerns: Conviction only [ ___ ]   Sentence only [ XX ]   No [ ___ ]

Date __May 26, 2006__

TO
James J. Finnerty, AUSA
915 Lafayette Blvd.
Bridgeport, CT 06604

Robert J. Sullivan, Jr.
(Counsel for Appellant)

Address __190 Main Street__

__Westport, CT 06880__

Telephone Number: __203/227-1404__

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[ XX ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings _____<br>[ ___ ] Trial _____<br>[ ___ ] Sentencing _____<br>[ ___ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ___ ]   Funds [ ___ ]   CJA Form 24 [ ___ ]

| ATTORNEY'S SIGNATURE | DATE | May 26, 2006 |
|---|---|---|

| ▶ COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals. | | |
|---|---|---|---|
| Date order received | Estimated completion date | | Estimated number of pages |
| Date _____ | | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney.

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02