UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.3:01CR219(JCH) |
| | : | |
| v. | : | |
| | : | |
| DARIUS McGEE | : | September 29, 2006 |

**INDEX TO THE RECORD ON APPEAL**

| Date Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 9/19/01 | 1 | Indictment | 1 |
| 1/19/02 | 17 | Plea Agreement | 2 |
| 4/25/02 | 19 | Sentencing Memorandum by USA | 3 |
| 4/25/02 | 20 | Sentencing | 4 |
| 4/30/02 | 21 | Judgment | 5 |
| 4/17/03 | 25 | Motion to Vacate | 6 |
| 4/28/03 | 26 | Order to Show Cause | 7 |
| 6/3/03 | 27 | Response by USA to Motion to Vacate | 8 |
| 7/14/03 | 31 | Transcript of Sentencing on 4/25/02 | 9 |
| 7/25/03 | 32 | Reply by Darius Durand McGee | 10 |
| 11/10/04 | 33 | Writ of Habeas Corpus | 11 |
| 3/22/05 | 38 | Amended Motion to Vacate | 12 |
| 4/5/05 | 39 | Memorandum in Opposition by USA | 13 |
| 5/16/06 | 50 | Ruling on Motion to Vacate | 14 |
| 5/26/06 | 51 | Notice of Appeal | 15 |

Respectfully submitted,
THE DEFENDANT


By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, CT 06880
  Tel. No. (203) 227-1404
  Federal Bar Number CT08969

## **CERTIFICATION**

    This is to certify that a copy hereof was mailed first class, postage prepaid, on September 29, 2006 to the following:

James Joseph Finnerty, III
U.S. Attorney's Office-BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

                                                                                      _____
                                                                                      Robert J. Sullivan, Jr

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837