UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                          CRIMINAL ACTION NO.
                                                            3:01CR00219 (JCH)
DARIUS MCGEE,
        Defendant.
                                                            MARCH 6, 2008

ORDER TO SHOW CAUSE

The United States of America is hereby ORDERED to SHOW CAUSE why the defendant should not be re-sentenced to seventy-seven months.

The Government is to show cause by **March 10, 2008.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 6th day of March, 2008.

　　　　　　　　　　　　　　　　　　　　　　/S/ Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　　United States District Court