UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------  :
                                               :
UNITED STATES OF AMERICA,        :        No.  3:01CR219(JCH)
                                               :
v.                                             :
                                               :
DARIUS McGEE                           :        March 5, 2008
                                               :
---------------------------------------------  :

## MOTION TO REDUCE SENTENCE

Defendant Darius McGee, by and through undersigned counsel, respectfully moves this court to modify his sentence, reducing it to time-served, in accordance with the recent amendments to the Crack Cocaine Sentencing Guidelines.

I.      **SUMMARY OF FACTS AND ARGUMENT**

Defendant has served 77 months.  The sentencing range which would be produced by a two-level reduction is 77-96 months.  Defendant, if the court were to reduce his sentence to 77 months, would be eligible for immediate release.  Even if the court were to sentence defendant to the upper level of 96 months, counsel is informed that Defendant would be immediately eligible either for release to a half-way house, or for other forms of transition within or outside the institution.

II.     **FACTS AND ARGUMENT**

On September 24, 2001, Defendant was arrested in connection with the above-entitled matter.  On January 18, 2002, he entered a plea of guilty to Possession

ORAL ARGUMENT REQUESTED

With Intent to Distribute and Distribution of Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

On April 25, 2002 the court imposed sentence, finding that 6.7 grams of cocaine base were properly attributable to Defendant.  That produced an offense level of 26 which, reduced by three points for Acceptance of Responsibility, produced a final offense level of 23.   Defendant was sentenced to serve 115 months.[1]

It appears from undersigned counsel's review of the records that Defendant has been continuously imprisoned in this matter from the date of his arrest, September 24, 2001,  through the date of this filing, for a total imprisonment exceeding 77 months.

As this court knows, the United States Sentencing Commission has amended USSG § 2D1.1 to reduce, by two levels, the offense levels for most of the cocaine base offenses, including the one to which Defendant was sentenced.  Effective March 3, 2008, the Amendment is retroactive to cases including Defendant's.

A reduction of Defendant's offense level by two levels would produce a sentencing range of 77-96 months.  As indicated above, if the court were to reduce Defendant's sentence to 77 months, he would be eligible for immediate release.  Even if the court were to sentence defendant to the upper level of 96 months, counsel is informed that Defendant would be immediately eligible either for release to a half-way house, or for other forms of transition within or outside the institution.

---

[1]

  On May 16, 2006, this court vacated that judgement and reentered the same judgment. That judicial act resulted from the court's having granted Defendant's petition for relief pursuant to 28 U.S.C. § 2255.  Defendant had complained that no appeal had been filed following his sentencing.  The court ruled in his favor and created a new 10-day period for him to file an appeal by vacating and re-entering the judgment.

–2–

Defendant respectfully requests, therefore, that this court immediately resentence him to reflect the two level reduction, and further requests that said sentence be to "time served".

Respectfully submitted,
DEFENDANT DARIUS McGEE


By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, Connecticut 06880
  Tel. No. 203/227-1404
  Federal Bar No. CT08969

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969

## <u>CERTIFICATION</u>

        This is to certify that a copy hereof was sent via facsimilie and U.S. Mail on March 5, 2008 to the following:

Alina Reynolds, AUSA
U.S. Attorney's Office
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604
Facsimile No. 203/579-5550

                                        _____
                                        Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969