UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:01CR219(JCH) |
| | : | |
| DARIUS MCGEE | : | March 10, 2008 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Sandra S. Glover, Assistant United States Attorney, as co-counsel for the United States of America, in the above-referenced case.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    /S/
    SANDRA S. GLOVER
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. ct24354
    23d Floor
    157 Church Street
    New Haven, Connecticut  06510
    (203) 821-3700

    /S/
by:    RICHARD SCHECHTER
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. ct24238
    915 Lafayette Blvd.
    Bridgeport, CT 06604

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of March, 2008, I caused a copy of the foregoing Notice to be sent by facsimile and first-class mail, postage prepaid, to the following:

    Robert J. Sullivan, Jr.
    Law Offices of Robert Sullivan
    190 Main Street
    Westport, Connecticut 06880
    FAX: (203) 226-6403

    Joseph Zampano
    United States Probation Officer
    Federal Building, Rm. 200
    915 Lafayette Blvd.
    Bridgeport, CT 06604
    FAX: (203) 579-5571

/S/
RICHARD SCHECHTER
ASSISTANT UNITED STATES ATTORNEY