Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

District of __Connecticut__

UNITED STATES

v.

DARIUS DURAND MCGEE

Docket No.: __3:01cr219__

__Janet C. Hall__
(District Court Judge)

Notice is hereby given that __Darius Durand McGee__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ X ] __Ruling on Defendant McGee's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense__ (specify)

entered in this action on __3/31/08__ (date).

Offense occurred after November 1, 1987    Yes [ X ]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ X ]    Conviction and Sentence [ ]

Date __4/3/08__

TO
Office of U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

__Robert J. Sullivan, Jr.__
(Counsel for Appellant)

Address __190 Main Street__
__Westport, CT 06880__

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: __203/227-1404__

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[ X ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ X ] Other. Attach explanation __no hearing on Motion to Reduce Sentence__ | Prepare transcript of    Dates<br>[ ] Prepare proceedings<br>[ ] Trial<br>[ ] Sentencing<br>[ ] Post-trial proceedings |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ] Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE    DATE __April 3, 2008__

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____    Signature _____ (Court Reporter) | | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05