UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.3:01CR219(JCH) |
| | : | |
| v. | : | |
| | : | |
| DARIUS McGEE | : | July 24, 2008 |

**INDEX TO THE RECORD ON APPEAL**

| Date Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 9/19/01 | 1 | Indictment | 1 |
| 1/18/02 | 16 | Change of Plea | 2 |
| 1/18/02 | 17 | Plea Agreement Letter | 3 |
| 4/25/02 | 19 | Sentencing Memorandum | 4 |
| 4/25/02 | 20 | Sentencing held | 5 |
| 4/30/02 |  | Dismissal of Counts | 6 |
| 4/30/02 | 21 | Judgment | 7 |
| 7/14/03 | 31 | Transcript | 8 |
| 7/14/03 | 31 | Transcript of Sentencing on 4/25/02 | 9 |
| 7/25/03 | 32 | Reply by Darius Durand McGee | 10 |
| 3/5/08 | 56 | Motion for Retroactive Application | 11 |
| 3/06/08 | 55 | Order to Show Cause | 12 |
| 3/10/08 | 48 | Response to Motion | 13 |
| 3/12/08 | 59 | Government's Amended Response | 14 |
| 3/28/08 | 60 | Ruling | 15 |
| 3/28/08 | 61 | Ruling | 16 |
| 4/03/08 | 63 | Notice of Appeal | 17 |

> Respectfully submitted,
> THE DEFENDANT
>
>                /s/ Robert J. Sullivan, Jr.
> By_____
>   Robert J. Sullivan, Jr.
>   LAW OFFICES OF ROBERT SULLIVAN
>   190 Main Street
>   Westport, CT 06880
>   Tel. No. (203) 227-1404
>   Federal Bar Number CT08969

## **CERTIFICATION**

      I hereby certify that on July 24, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                         /s/ Robert J. Sullivan, Jr.
                         _____
                         Robert J. Sullivan, Jr.
                         LAW OFFICES OF ROBERT SULLIVAN
                         190 Main St.,   Westport, CT 06880
                         Phone:  203/227-1404
                         Fax: 203/226-6403
                         Federal Bar No. CT08969
                         E-mail: rjslaw@optonline.net; rjslawdl@optonline.net